Case 3:14-mj-00026-CMK   Document 6   Filed 11/18/14   Page 1 of 1

# UNITED STATES DISTRICT COURT
## for the
## EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA
VS.

Merle Trueblood

CASE/CITATION NO. 3:14-mj-0026 CMK

**ORDER TO PAY**

SOCIAL SECURITY #: ~~___~~
DATE OF BIRTH: ~~___~~
DRIVER'S LICENSE #: ~~___~~
ADDRESS: ~~___~~
CITY    STATE    ZIP CODE

I UNDERSTAND THAT IF I MOVE PRIOR TO PAYING ANY FINE, RESTITUTION, OR PENALTY ASSESSMENT IN THIS CASE, I MUST NOTIFY THE ATTORNEY GENERAL OF THE UNITED STATES IN WRITING WITHIN SIXTY (60) DAYS OF ANY CHANGE IN MY RESIDENCE ADDRESS OR MAILING ADDRESS. **FAILURE TO PAY COULD RESULT IN A WARRANT BEING ISSUED OR AN ABSTRACT AGAINST MY DRIVER'S LICENSE OR VEHICLE BEING ISSUED.**

**I CERTIFY THAT ALL OF THE ABOVE INFORMATION IS TRUE AND CORRECT.**

DATE: 11-18-14        /s/ Merle T Trueblood
                       DEFENDANT'S SIGNATURE

**YOU ARE HEREBY ORDERED TO PAY/COMPLY THE FOLLOWING:** 1 year court probation; to terminate upon payment in full.
(X) Fine: $ 240.00   and a penalty assessment of $ 10.00   for a TOTAL AMOUNT OF: $ 250.00   within 1 year days/months; or payments of $ _____ per month, commencing _____ and due on the _____ of each month until paid in full.
(X) Restitution: to Plumas National Forest in the sum of $ 2,259.75
( ) Community Service _____ with fees not to exceed $ _____
    completed by _____

PAYMENTS of the fine must be made by CHECK or MONEY ORDER, payable to: Clerk, USDC and mailed to (circle one):

~~CENTRAL VIOLATIONS BUREAU~~        ~~CLERK, USDC~~           CLERK, USDC
~~PO BOX 71363~~                     ~~2500 TULARE ST., RM. 1501~~   501 I STREET, STE. 4-200
~~CHARLOTTE, NC 28272-0939~~         ~~FRESNO, CA 93721-1322~~       SACRAMENTO, CA 95814-2322
Philadelphia, PA 19176

Your check or money order must indicate **your name** and **case/citation number** shown above to ensure your account is credited for payment received.

Date: 11-18-14        /s/ _____
                       U.S. MAGISTRATE JUDGE

Clerk's Office

FPI-PET                                                                     EDCA-3